ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Vectrus Systems Corporation | ) ASBCA Nos. 62141-ADR, 62778-ADR |
| | ) 63381-ADR, 63493-ADR |
| | ) 63530-ADR, 63930-ADR |
| | ) |
| Under Contract No. FA3002-17-C-0009 | ) |

APPEARANCES FOR THE APPELLANT:    Joseph G. Martinez, Esq.
Eric P. Roberson, Esq.
Mikaela R. Colvin, Esq.
  Dentons US LLP
  Denver, CO

APPEARANCES FOR THE GOVERNMENT:    Caryl A. Potter, III, Esq.
  Air Force Deputy Chief Trial Attorney
Christopher J. Hilborn, Esq.
  Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE ARNETT

The parties have resolved their disputes and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that these appeals are sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $10,300,000. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: June 27, 2025

LAURA J. ARNETT
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur


_____            _____
OWEN C. WILSON                              MICHAEL N. O'CONNELL
Administrative Judge                        Administrative Judge
Acting Chairman                             Vice Chairman
Armed Services Board                        Armed Services Board
of Contract Appeals                         of Contract Appeals



        I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA Nos. 62141-ADR, 62778-
ADR, 63381-ADR, 63493-ADR, 63530-ADR, 63930-ADR, Appeals of Vectrus
Systems Corporation, rendered in conformance with the Board's Charter.

        Dated:  June 27, 2025


                                    _____
                                    PAULLA K. GATES-LEWIS
                                    Recorder, Armed Services
                                    Board of Contract Appeals